IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH R. BOYD,

    Plaintiff,

vs.   CASE NO. 4:05-CV-213-SPM

SUNTRUST MORTGAGE, INC.,

    Defendant.

_____/

## ORDER EXTENDING TIME TO FILE ANSWER

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion for Extension of Time" (doc. 2) filed June 21, 2005, in which Defendant requests an extension of time in which to file its answer to Plaintiff's complaint. As grounds, Defendant states that the parties had agreed to an extension prior to removal of the case. Opposing counsel does not object to the granting of the instant motion. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension (doc. 2) is hereby *granted*.

2.     Defendant EPA shall file its answer on or before ***July 12, 2005***.

**DONE AND ORDERED** in chambers this <u>twenty-fifth</u> day of June, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

/pao